

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00067-CV

---

ROBERT LOMERSON, ON BEHALF OF SHIRLEY LOMERSON, APPELLANT

V.

LYLE REID & ASSOCIATES, LLC D/B/A LR FINE HOMES, TIMOTHY CLARK, AND
LISA MARIE CLARK, APPELLEES

---

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-348721-23, Honorable Kimberly Fitzpatrick, Presiding

---

June 13, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Robert Lomerson on behalf of Shirley Lomerson, appeals from the trial court's *Final Judgment*.[1]  Appellant's brief was due May 7, 2025, but was not filed.  By letter of May 14, 2025, we notified Appellant that the appeal was subject to dismissal for

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

want of prosecution, without further notice, if a brief was not received by May 27. To date, Appellant has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss his appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam